CLERK'S OFFICE U.S. DIST.
AT BIG STONE GAP, VA
FILED

FEB 28 2011

JULIA C. DUDLEY
BY: /s/ Clerk
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| ROBERT A. KESTNER, | |
| Plaintiff, | Case No. 2:10CV00016 |
| | **FINAL JUDGMENT** |
| v. | |
| | By: James P. Jones |
| COMMISSIONER OF SOCIAL SECURITY, | United States District Judge |
| Defendant. | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: February 28, 2011

/s/ James P. Jones
United States District Judge